# EXHIBIT A

## CONSENT TO JOIN FORM
### Fair Labor Standards Act (FLSA)

I work/worked as a "Valet" or in food/hospitality services for one or more Bohemian Club camps at the Bohemian Grove in Monte Rio, California.

I choose to participate in the FLSA collective action entitled **GREGG ET AL. v. BOHEMIAN CLUB,** to recover unpaid minimum wage and overtime pay under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under California and federal law related to my employment for Bohemian Club in Monte Rio, California.

I choose to be represented by Nunes Law Group in this action.

Employment Dates: Summer 2006 to Summer 2022

Bohemian Club Camp(s): Monastery Camp

Date Signed: 5/31/2023

Signature: *Anthony Gregg* (DocuSigned by: AD3824E1633E48D...)

Print Name: Anthony Gregg

## CONSENT TO JOIN FORM
### Fair Labor Standards Act (FLSA)

I work/worked as a "Valet" or in food/hospitality services for one or more Bohemian Club camps at the Bohemian Grove in Monte Rio, California.

I choose to participate in the FLSA collective action entitled **GREGG ET AL. v. BOHEMIAN CLUB,** to recover unpaid minimum wage and overtime pay under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under California and federal law related to my employment for Bohemian Club in Monte Rio, California.

I choose to be represented by Nunes Law Group in this action.

Employment Dates: Spring Jinx and Summer Encampments from 2010 to 2021

Bohemian Club Camp(s): Last Chance, Camels Camp, and Monastery

Date Signed: 6/1/2023

Signature: *DocuSigned by: Shawn Granger — AB3824E1633E48D...*

Print Name: Shawn Granger

## CONSENT TO JOIN FORM
### Fair Labor Standards Act (FLSA)

I work/worked as a "Valet" or in food/hospitality services for one or more Bohemian Club camps at the Bohemian Grove in Monte Rio, California.

I choose to participate in the FLSA collective action entitled **GREGG ET AL. v. BOHEMIAN CLUB,** to recover unpaid minimum wage and overtime pay under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under California and federal law related to my employment for Bohemian Club in Monte Rio, California.

I choose to be represented by Nunes Law Group in this action.

Employment Dates: June 2015 – July 2022

Bohemian Club Camp(s): Monastery since 2015

Date Signed: 6/1/2023

Signature: *Wallid Saad* (DocuSigned by: AD3824E1633E48D...)

Print Name: Wallid Saad