UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREGG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BOHEMIAN CLUB, et al.,<br><br>    Defendants. | Case No. 23-cv-02760-AMO<br><br>**ORDER RE MOTIONS TO STAY DISCOVERY**<br><br>Re: Dkt. Nos. 46, 47, 51 |

Before the Court are Defendants' motions to stay discovery pending hearing on motions to dismiss. ECF 46, ECF 47. Having read the moving papers and carefully considered the arguments, and in light of Plaintiffs' failure to respond to Defendants' motions, the Court hereby GRANTS them both. The hearing set for October 26, 2023, is accordingly VACATED. *See* Civil L.R. 7-6. The parties' joint administrative motion for remote hearing (ECF 51) is TERMINATED as MOOT.

**IT IS SO ORDERED.**

Dated: October 18, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**