1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   ANTHONY GREGG, et al.,                    Case No.  23-cv-02760-AMO

8              Plaintiffs,

9        v.                                   **ORDER TO SHOW CAUSE RE:
                                              PLAINTIFFS' FAILURE TO FILE
10  BOHEMIAN CLUB, et al.,                    OPPOSITIONS**

                                              Re: Dkt. Nos. 34, 35
11             Defendants.

12

13         Before the Court are motions to dismiss filed by Defendant Pomella LLC (ECF 34) and

14  Defendant Bohemian Club (ECF 35).  Both motions were filed on September 11, 2023.  *Id.*  The

15  deadline to file oppositions to these motions has passed, no oppositions were filed.  Plaintiffs have

16  also not filed any statement of non-opposition as required when "the party against whom the

17  motion is directed does not oppose the motion."  Civil L.R. 7-3(b).

18         Within five days of the date of this order, Plaintiffs shall file a written statement of five

19  pages or less showing cause as to why the motions should not be dismissed as unopposed.  This

20  Order does not constitute permission to file a late opposition.  Within five days of the filing of

21  Plaintiffs' statement, Defendants may file a response of four pages or less.  The Court will

22  schedule a hearing only if it finds it necessary.

23         **IT IS SO ORDERED.**

24  Dated: October 20, 2023

25

26

27  _____
    **ARACELI MARTÍNEZ-OLGUÍN**
    **United States District Judge**

28

United States District Court
Northern District of California