ANTHONY J. NUNES (BAR NO. 290224)
NUNES LAW GROUP, APC
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Phone: (855) 422-5529
tony@nunesworkerrightslaw.com

Attorneys for Plaintiffs ANTHONY GREGG, SHAWN GRANGER, and WALLID SAAD, on behalf of themselves and all others similarly situated

GRANT P. ALEXANDER (BAR NO. 228446)
E-Mail: galexander@allenmatkins.com
MELISSA K. BELL (BAR NO. 312873)
E-Mail: mbell@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Defendants MONASTERY CAMP, WILLIAM DAWSON, RICHARD DEWEY, and MICHAEL LAHORGUE

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREGG, SHAWN GRANGER, and WALLID SAAD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MONASTERY CAMP, WILLIAM DAWSON, RICHARD DEWEY, MICHAEL LAHORGUE, and DOES 1-10,<br><br>Defendants. | Case No.  3:23-CV-02760-AMO<br><br>Hon. Araceli Martinez-Olguin<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFFS, AND WITHOUT PREJUDICE AS TO ANY OTHER AGGREIVED WORKERS, PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED ORDER]**<br><br>Complaint Filed:     June 26, 2025 |

Plaintiffs ANTHONY GREGG, SHAWN GRANGER, and WALLID SAAD, ("Plaintiffs") and Defendant MONASTERY CAMP, WILLIAM DAWSON, RICHARD DEWEY, MICHAEL LAHORGUE, ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on June 5, 2023, Plaintiffs filed a complaint ("Complaint") in this Court alleging violations of the Fair Labor Standards Act; the California Labor Code and the California Industrial Welfare Commission Wage Orders; the Business and Professions Code; and the California Private Attorneys General Act ("PAGA");

WHEREAS, on September 11, 2023, then-named Defendants Bohemian Club and Pomella LLC filed motions to dismiss, which were granted with prejudice on January 19, 2024;

WHEREAS, on May 23, 2024, after requesting and obtaining leave to amend, Plaintiffs filed a Second Amended Complaint, against Defendants, in which Plaintiffs added three individuals (William Dawson, Richard Dewey, Michael LaHorgue) as Defendants;

WHEREAS, on November 20, 2024, the Parties mediated the dispute and reached a negotiated settlement;

WHEREAS, on June 18, 2025, the Court denied the parties' Joint Motion for Approval of PAGA settlement;

WHEREAS, following the Court's June 18, 2025 order, the Parties negotiated a new settlement, and on July 10, 2025, the Parties executed a confidential agreement to settle Plaintiffs' claims on an individual basis, and agreeing to dismiss Plaintiffs' PAGA claims without prejudice;

WHEREAS, the Parties' Settlement Agreement includes resolution of all Plaintiffs' individual claims with prejudice under state and federal law, however the revised Settlement Agreement does not include any PAGA settlement.

NOW THEREFORE, the Parties stipulate as follows:

1. Pursuant to Federal Code of Civil Procedure Rule 41(a)(1)(A)(ii), the Complaint, and all claims for relief contained therein, shall be dismissed, with prejudice as to Plaintiffs, and without prejudice as to any other aggrieved workers under PAGA.

Dated: July 11, 2025     ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP

By: /s/ Melissa K. Bell
    MELISSA K. BELL, Esq.
    Attorneys for Defendants

Dated: July 11, 2025     NUNES LAW GROUP, APC

By: *Anthony J. Nunes*
    ANTHONY J. NUNES, Esq.
    Attorneys for Plaintiffs